In the Matter of PETER J. DEVINE, Appellant and Respondent, against JACOB W. OSMANN, Respondent and Appellant, Impleaded with Others.

Argued October 27, 1937; decided October 27, 1937.

*J. Irwin Shapiro* for petitioner, appellant and respondent.

*Samuel Weiss* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.